UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEE BATCHELDER, derivatively on behalf of IMPERIAL SUGAR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SHEPTOR, JOHN K. SWEENEY, JAMES J. GAFFNEY, RONALD C. KESSELMAN, GAYLORD O. COAN, DAVID C. MORAN, JOHN E. STOKELY, LOUIS DREYFUS COMMODITIES LLC, LD COMMODITIES SUGAR HOLDINGS LLC, LOUIS DREYFUS COMMODITIES SUBSIDIARY INC.,<br><br>Defendants,<br><br>and<br><br>IMPERIAL SUGAR COMPANY,<br><br>Nominal Defendant. | Civil Action No. 4:12-cv-01648<br><br>**DEMAND FOR JURY TRIAL** |

## AGREED STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1)(A)(ii), Plaintiff Lee Batchelder files this agreed stipulation of dismissal with prejudice of all claims and causes of action asserted in this lawsuit, with all parties to bear their own costs and fees. By the signatures of their counsel below, all Defendants have noted their agreement to this stipulation of dismissal.

WHEREFORE, Plaintiff prays that all claims asserted in this lawsuit be dismissed with prejudice, and that each party bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Agreed Stipulation and Order of Dismissal

SIGNED at Houston, Texas on this 28th day of June, 2012.

                                                                       EWING WERLEIN, JR.
                                                                       UNITED STATES DISTRICT JUDGE

Agreed to and stipulated by:

/s/ *Daniel W. Jackson*
Daniel W. Jackson, SBN 00796817
S.D. of Texas No. 20462
Scott K. Vastine, SBN 24056469
S.D. of Texas No. 743194
Emmons & Jackson, P.C.
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850

Shannon L. Hopkins, Esq.
Allen Schwartz, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Attorneys for Plaintiff

/s/ *David D. Sterling*
David D. Sterling, SBN 19170000
S.D. of Texas ID No. 07079
Danny David, SBN 24028267
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
Tel: 713-229-1946
Fax: 713-229-7946

Moses Silverman
Paul Weiss Rifkind Wharton and Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3355
Fax: 212-492-0355

Attorneys for Imperial Sugar Company and the
Individual Defendants


/s/ *Kelly Sandill*
Dena Palermo, SBN 08928830
S.D. of Texas ID No. 6082
Kelly Sandill, SBN 24033094
S.D. of Texas ID No. 38594
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Tel: 713-220-4200
Fax: 713-220-4285

Attorneys for Defendants Louis Dreyfus Commodities LLC, LD Commodities Sugar Holdings LLC, Louis Dreyfus Commodities Subsidiary Inc.